574 A.2d 603

**D.L. MARTIN MACHINE COMPANY**

v.

**ERNST & WHINNEY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 10, 1990.

Decided May 23, 1990.

David E. Lehman, Harrisburg, Judd Poffinberger, David A. Brownlee, Pittsburgh, for appellant.

Neil J. Rovner, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

### ORDER

PER CURIAM:

Order affirmed.